IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DANIEL MICHAEL WILLIAMS, | ) | Case No.: 25-81716-CRJ7 |
| | ) | Chapter 7 |
|     Debtor. | ) | |

| | | |
|---|---|---|
| DANIEL MICHAEL WILLIAMS, | ) | |
| *pro se*, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Adv. 25-80156-CRJ |
| | ) | |
| OKLAHOMA'S CREDIT UNION | ) | |
| f/k/a Oklahoma Employee's Credit Union, | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW N. DeWayne Pope of Gordon Rees Scully Mansukhani and hereby enters his appearance as counsel of record for Defendant Oklahoma's Credit Union, in the above-styled action. It is requested that copies of all orders, notices, pleadings, discovery, motions, briefs, correspondence, documents and things be served upon him as follows:

N. DeWayne Pope
505 20th Street North, Suite 1650, Birmingham, AL 35203
Telephone: (205) 460-8913
Email: dpope@grsm.com

Respectfully submitted this 13th day of November, 2025.

*/s/ N. DeWayne Pope*

_____

N. DeWayne Pope (ASB-8261-P79N)

*Counsel for Defendant Oklahoma's Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, the foregoing document was served on Plaintiff, listed below, via email:

Daniel Michael Williams
19264 Edgewood Rd.
Athens, AL 35614
E: dmwilliams.bankruptcy@gmail.com

*Pro Se Plaintiff*

                                               */s/ N. DeWayne Pope*
                                               OF COUNSEL